UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RIZZARI CONSTRUCTION,

Plaintiff,

v.

GRANITE INDUSTRIAL GASES, INC., AND TODD MILLER,

Defendants.

Civil Action No.: 05-10434 GAO

## CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, GRANITE INDUSTRIAL GASES, INC.

NOW COMES the Defendant, Granite Industrial Gases, Inc., by and through their attorneys, Devine, Millimet & Branch, Professional Association, and pursuant to Local Rule 7.3 submit the following Corporate Disclosure Statement.

1. Granite Industrial Gases, Inc. is a New Hampshire corporation that has no parent companies, publicly held or otherwise.

2. Ganite Industrial Gases, Inc. has no merger agreement with any publicly held corporation.

GRANITE INDUSTRIAL GASES, INC.,
By their attorneys,

Mark J. Sampson, BBO # 552808
E-mail: msampson@devinemillimet.com
Timothy E. Bray, BBO # 652398
E-mail: tbray@devinemillimet.com
DEVINE, MILLIMET & BRANCH, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA 01810
(978) 475-9100

{\\A0086801.1}