COMMONWEALTH OF MASSACHUSETTS

US DISTRICT COURT DEPARTMENT
MASSACHUSETTS DIVISION
DOCKET #: 1:05-cv-10434-GAO

| | |
|---|---|
| RIZZARI CONSTRUCTION, )<br>         Plaintiff )<br>v. )<br>)<br>GRANITE INDUSTRIAL GASES )<br>INC., and TODD MILLER, )<br>individually )<br>         Defendants ) | **ASSENTED MOTION TO CONTINUE** |

Now comes the plaintiff and respectfully requests that this honorable court continue the **schedule conference on August 3, 2005 to August 24, 2005**. As reasons therefore, the plaintiff states the following:

1. Plaintiff's Counsel will be on a family vacation out of the state on the scheduled trial date.

2. The Defendant's attorney has been notified of this motion and assents.

3. This is the first continuance of this scheduling conference requested by counsel for the plaintiff.

Respectfully Submitted,
Granite Indutrial Gases Inc. and
Todd Miller
By Their Attorney,

_/s/ Bray (TJC)_
Timothy E. Bray
300 Brickstone Square
PO Box 39
Andover, MA 01810
(978) 475-9100
BBO# 652398

Respectfully Submitted,
Rizzari Construction,
By Its Attorney,

_/s/ Heartquist_
Richard P. Heartquist
200 Sutton Street, Suite 244
North Andover, MA 01845
(978) 687-6664
BBO# 564451

Dated: June 14, 2005