COMMONWEALTH OF MASSACHUSETTS

US DISTRICT COURT DEPARTMENT
MASSACHUSETTS DIVISION
DOCKET #: 1:05-cv-10434-GAO

| | |
|---|---|
| RIZZARI CONSTRUCTION,        ) | |
|     Plaintiff        ) | |
| v.        ) | **AFFIDAVIT IN SUPPORT OF** |
|             ) | **ASSENTED MOTION TO CONTINUE** |
| GRANITE INDUSTRIAL GASES    ) | |
| INC., and TODD MILLER,        ) | |
| individually        ) | |
|     Defendants    ) | |

    Now comes Richard P. Heartquist who, under oath, deposes and states the following:

1. Plaintiff's Counsel will be on a family vacation out of the state on the scheduled trial date.

2. The Defendant's attorney has been notified of this motion and asserts.

3. This is the first continuance of this trial requested by counsel for the plaintiff

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14ST DAY OF JUNE 2005

_____
Richard P. Heartquist

## CERTIFICATE OF SERVICE

    I, Richard P. Heartquist, attorney for the Defendant, hereby certify that I have this date caused a true copy of the above documents (Asserted Motion to Continue and Supporting Affidavit) to be served upon the parties listed below by first class mail, postage pre-paid:

        Timothy Bray
        300 Brickstone Square
        PO Box 39
        Andover, MA 01810

Dated: June 14, 2005

                                              Richard P. Heartquist