## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIZZARI CONSTRUCTION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GRANITE INDUSTRIAL GASES,<br>INC., AND TODD MILLER,<br><br>　　　　Defendants. | Civil Action No.: 05cv10434(GAO)<br>Magistrate Judge Alexander |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

NOW COME all parties in this matter, by and through their undersigned counsel, and hereby jointly move that the Status Conference presently scheduled for May 30, 2007, be continued to July 11, 2007, at 2:00 p.m., or at such other time as the Court directs. As grounds for this joint motion, the parties state that Plaintiff's counsel, Richard Heartquist, has a conflicting professional obligation, and that Defendants' counsel, Timothy Bray, likewise has a short order hearing in the Lawrence Superior Court.

WHEREFORE, all parties to this matter consent and agree to the continuance of the Status Conference.

Respectfully submitted,
Plaintiff,
RIZZARI CONSTRUCTION,

By its attorneys,

/s/ Richard P. Heartquist
Richard P. Heartquist, BBO #564451
200 Sutton Street, Suite 244
North Andover, MA  01845
(978) 687-6664

Defendants,
GRANITE INDUSTRIAL GASES, INC.
and TODD MILLER;
By their attorneys

/s/ Timothy E. Bray
Timothy E. Bray, BBO #652398
DEVINE, MILLIMET & BRANCH, P.A.
300 Brickstone Square, P.O. Box 39
Andover, MA 01810
(978) 475-9100

L:\WDOX\DOCS\CLIENTS\16249\73209\A0135196.DOC