UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RIZZARI CONSTRUCTION,<br>　　　　　Plaintiff<br>v.<br>GRANITE INDUSTRIAL GASES INC., and TODD MILLER, individually<br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET #: 1:05-cv-10434-GAO<br><br>**ASSENTED MOTION TO CONTINUE** |

Now comes the plaintiff and respectfully requests that this honorable court continue the **Status Conference on September 24, 2007 to November 12, 2007 or November 26, 2007** . As reasons therefore, the plaintiff states the following:

1. Plaintiff's Counsel will be out of the state on the scheduled date.

2. The Defendant's attorney has been notified of this motion and assents.

Respectfully Submitted,　　　　　　　　Respectfully Submitted,

Granite Industrial Gases Inc. and　　　　Rizzari Construction,
Todd Miller　　　　　　　　　　　　　　By Its Attorney,
By Their Attorneys,


　　/s/ Timothy E. Bray
Timothy E. Bray　　　　　　　　　　　　Richard P. Heartquist
300 Brickstone Square　　　　　　　　　200 Sutton Street, Suite 244
PO Box 39　　　　　　　　　　　　　　North Andover, MA  01845
Andover, MA 01810　　　　　　　　　　(978) 687-6664
(978) 475-9100　　　　　　　　　　　　BBO# 564451
BBO# 652398


Dated: September 12, 2007

{16249\73209\A0143711.1}