UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIZZARI CONSTRUCTION,<br>          Plaintiff,<br><br>     v.<br><br>GRANITE INDUSTRIAL GASES,<br>INC., AND TODD MILLER,<br>          Defendants. | Civil Action No.: 05cv10434(GAO)<br>Magistrate Judge Alexander |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### OF TIMOTHY E. BRAY

NOW COMES Timothy E. Bray, an attorney of record for Defendants, Granite Industrial Gases, Inc. and Todd Miller, and hereby withdraws his appearance on behalf of Defendants. The law firm of Devine, Millimet & Branch, P.A., through Attorneys George R. Moore and Brendan P. Mitchell, will continue to represent Defendants in this matter. Attorney Mitchell's Notice of Appearance is filed herewith.

                                                  Respectfully submitted,


Dated:  November 28, 2007          /s/  Timothy E. Bray
                                                  Timothy E. Bray, BBO #633835
                                                  DEVINE, MILLIMET & BRANCH, P.A.
                                                  300 Brickstone Square, 9th Floor
                                                  P.O. Box 39
                                                  Andover, MA  01810
                                                  (978) 475-9100

{16249\73209\A0149091.1}