UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIZZARI CONSTRUCTION,<br>      Plaintiff,<br><br>v.<br><br>GRANITE INDUSTRIAL GASES,<br>INC., AND TODD MILLER,<br>      Defendants. | Civil Action No.: 05cv10434(GAO)<br>Magistrate Judge Alexander |

### NOTICE OF APPEARANCE OF BRENDAN P. MITCHELL

To the Clerk:

    Please enter the appearance of the undersigned Brendan P. Mitchell, Esquire, of the law firm of Devine, Millimet & Branch, P.A., as an attorney of record for Defendants, Granite Industrial Gases, Inc. and Todd Miller, in this matter.

                                                             Respectfully submitted,

Dated:  November 28, 2007            /s/ Brendan P. Mitchell
                                                Brendan P. Mitchell, BBO #633835
                                                DEVINE, MILLIMET & BRANCH, P.A.
                                                300 Brickstone Square, 9th Floor
                                                P.O. Box 39
                                                Andover, MA  01810
                                                (978) 475-9100