UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIZZARI CONSTRUCTION,<br>        Plaintiff,<br><br>    v.<br><br>GRANITE INDUSTRIAL GASES,<br>INC., AND TODD MILLER,<br>        Defendants. | Civil Action No.: 05cv10434(GAO)<br>Magistrate Judge Alexander |

## NOTICE OF APPEARANCE OF ANTHONY S. AUGERI

To the Clerk:

Please enter the appearance of the undersigned Anthony S. Augeri, Esquire, of the law firm of Devine, Millimet & Branch, P.A., as an attorney of record for Defendants, Granite Industrial Gases, Inc. and Todd Miller, in this matter.

Respectfully submitted,

Dated: February 4, 2008        /s/ Anthony S. Augeri
                                Brendan P. Mitchell, BBO #633835
                                Anthony S. Augeri, BBO# 648696
                                DEVINE, MILLIMET & BRANCH, P.A.
                                300 Brickstone Square, 9th Floor
                                P.O. Box 39
                                Andover, MA  01810
                                (978) 475-9100

{16249\73209\A0158153.1}