This watermark does not appear in the registered version - http://www.clicktoconvert.com

COMMONWEALTH OF MASSACHUSETTS

US DISTRICT COURT DEPARTMENT
MASSACHUSETTS DIVISION
DOCKET #: 1:05-cv-10434-GAO

| | |
|---|---|
| RIZZARI CONSTRUCTION , )<br>                 Plaintiff )<br>v.                          )<br>                            )<br>GRANITE INDUSTRIAL GASES )<br>INC., and TODD MILLER, )<br>individually                )<br>              Defendants )  | **ASSENTED MOTION TO CONTINUE** |

Now comes the plaintiff and respectfully requests that this honorable court continue the **mediation scheduled for June 26, 2008 at 10:30am** until **September 9, 2008**. As reasons therefore, the plaintiff states the following:

1. Attorneys are currently engaged in negotiations.

2. Attorneys are continuing discovery which may resolve the matter.

3. The Defendant's attorney has been notified of this motion and assents.

| | |
|---|---|
| Respectfully Submitted,<br>Granite Indutrial Gases Inc. and<br>Todd Miller<br>By Their Attorney, | Respectfully Submitted,<br>Rizzari Construction,<br>By Its Attorney, |
| _____<br>Anthony Augeri<br>300 Brickstone Square<br>PO Box 39<br>Andover, MA 01810<br>(978) 475-9100 | _____<br>Richard P. Heartquist<br>200 Sutton Street, Suite 244<br>North Andover, MA  01845<br>(978) 687-6664<br>BBO# 564451 |

Dated: June 23, 2008